# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| BRADLEY A. WOOTEN,<br><br>                             Plaintiff,<br>v.<br><br>ANGELO PANOS, JESSICA BOHN,<br>JULIE LUDWIG, KWON YANG, and<br>MARISSA SHIER,<br><br>                            Defendants. | Case No. 20-CV-478-JPS<br><br><br>**ORDER** |

       This case is currently set for trial on November 21, 2022. ECF No. 41. On October 19, 2022, the parties filed a joint motion to stay the trial and related deadlines. ECF No. 51. The parties indicate that Plaintiff has located an attorney who is willing to represent him if additional time is allowed to prepare the case for trial. *Id.* Specifically, the parties request an additional sixty days or more. *Id.*

       The Court finds this request reasonable in light of the parties' joint motion and their willingness to stay the trial for only a relatively short period of time. The Court will therefore grant the motion to stay, in part, and deny it in part, conditioning the stay on the fact that Plaintiff's counsel must make an appearance within ten days from the date of this Order. Until Plaintiff's counsel makes an appearance, the trial and all related deadlines will remain on the calendar. Once Plaintiff's counsel has made an appearance, the parties are instructed to jointly call the Court to discuss an amenable trial date. Following that discussion, the Court will enter a new trial scheduling order with all relevant dates.

Accordingly,

**IT IS ORDERED** that the parties' joint motion to stay the trial, ECF No. 51, be and the same is hereby **GRANTED in part and DENIED in part**; the Court granting the motion to stay is conditioned on Plaintiff's counsel making an appearance within ten days from the date of this Order. Until Plaintiff's counsel has made an appearance, the trial date and all relevant deadlines will stand.

Dated at Milwaukee, Wisconsin, this 20th day of October, 2022.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge