UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

BRADLEY A. WOOTEN,

          Plaintiff,

v.

ANGELO PANOS, JESSICA BOHN, JULIE LUDWIG, KWON YANG, and MARISSA SHIER,

          Defendants.

Case No. 20-CV-478-JPS

**ORDER**

---

Plaintiff, a former prisoner proceeding pro se, filed a complaint in the above captioned action. ECF No. 1. On November 29, 2022, Plaintiff and Defendants filed a signed stipulation of dismissal of Plaintiff's claims with prejudice and without costs. ECF No. 56. The Court will adopt the parties' stipulation. Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal, ECF No. 56, be and the same is hereby **ADOPTED**; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice** and without costs.

Dated at Milwaukee, Wisconsin, this 30th day of November, 2022.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge